# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

***BEFORE DISTRICT JUDGE JAMES O. BROWNING***

| | | | |
|---|---|---|---|
| **CASE NO.:** | 14-568 JB/RHS | **DATE:** | October 30, 2014 |

**CASE CAPTION:**   *Montoya v. Pacheco, et al.*

| | | | |
|---|---|---|---|
| **CRD:** | K. Wild | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 11:50 a.m. | **COURT IN RECESS:** | 12:04 p.m. = :14 |

**TYPE OF PROCEEDING:**   Initial Scheduling Conference

**COURT'S RULING/DISPOSITION:**   see below

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**   Scheduling Order to be entered by Court

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**          **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Leon Howard                                Mark Basham (appearing telephonically)

### PROCEEDINGS

**COURT IN SESSION:**          **11:50 a.m.**

**Court:**          Calls case.   Counsel enter appearances.

**Court:**   Have reviewed JSR/PDP - asks if there is anything counsel wish to tell Court about case that might impact on scheduling?

Counsel inform there is not.

**Court:**   Provides deadlines as to be contained in Scheduling Order.   Explains how handles trailing docket. Do not believe Judge Scott will be here in late January - if prefer different magistrate judge for settlement conference let Court know.   Explains how handles discovery.   Suggests post- meet and confer pre-motion conferences - does not require. I f file early motions call CRD for hearing ASAP.

**Court:**   Asks if counsel want Court to try to get courtroom in Santa Fe for trial?

**Mr. Howard:**   Do not oppose to having trial in ABQ – if defense wants in Santa Fe that is fine.

**Mr. Basham:**   Either is fine.

**Court:**   Will plan to try case in ABQ and call a central jury pool, unless parties agree to composition of jury pool otherwise – if want something different need to let Court know as soon as possible.   Anything further?

**Mr. Howard:**   Anticipate providing initial disclosures next week.

**COURT IN RECESS:**          **12:04 p.m.**