IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EPPIE MONTOYA,

    Plaintiff,

v.                                No. CIV 14-568 JB/RHS

DANNY PACHECO, et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed October 8, 2014 (Doc. 10), the Court adopts the Joint Status Report and Provisional Discovery Plan except as modified by the Scheduling Order (Doc. 18), and rulings provided at the Initial Scheduling Conference held October 30, 2014.

                                                _____
                                                UNITED STATES DISTRICT JUDGE