## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW MEXICO

**EPPIE MONTOYA,**

     **Plaintiff,**

**vs.**                        Case No. 14-CV-00568 JB-RHS

**DANNY PACHECO,**
In his individual capacity,
and **THE CITY OF ESPANOLA,**

     **Defendants.**

### PLAINTIFF'S EXPERT WITNESS DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Plaintiffs hereby and respectfully make the following expert witness disclosure:

**David W. Osuna** may testify regarding Defendant Pacheco's acts and omissions in this matter.  For Mr. Osuna's opinions, and the bases supporting these opinions, please refer to the attached signed report.  For the compensation to be paid for his services, please refer to the attached report signed report.  For the qualifications of Mr. Osuna, please refer to Exhibit 1 to the attached signed report.

Respectfully Submitted:

  /s/ Leon Howard 12/15/2014
Leon F. Howard, Esq.
The Law Office of Lucero and Howard, LLC
20 First Plaza, Suite 515
Albuquerque, New Mexico 87102
Phone: (505) 225-8778
Fax:     (505) 288-3473

Joachim Marjon
Marjon Law, P.C.

238 Griffin Street
Santa Fe, NM 87501
Phone: (505) 954-1219
Fax:     (505) 984-1110

*Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on the 15th day of December 2014, I filed the foregoing electronically through the CM/ECF system which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark A. Basham, Esq.
2205 Miguel Chavez, Suite A
Santa Fe, NM 87505
(505) 988-4575
<u>mbasham@bbpcnm.com</u>

<u>/s/ Leon Howard 12/15/2014</u>
Leon F. Howard