# DAVID W. OSUNA

P.O. Box 29321
Santa Fe, New Mexico 87592
(505) 490-3148 Cell
osuna.inquiry@gmail.com

**OVERVIEW**

A team leader highly motivated, highly adaptable to varying environments. An analytical thinker recognized for problem-solving and strong interpersonal skills. Thirty-two years Law Enforcement, Correctional, and Investigative experience. Areas of expertise include:

- A comprehensive and thorough understanding of administrative duties, Risk Management Investigations, Tort Claims, Purchases, Bidding, Legal Issues, Jail & Prison Polices & Procedures, Internal Affairs Investigations, etc.
- Recognized ability to troubleshoot and resolve highly complex problems
- Work well independently; interface professionally with all disciplines
- Flexible and adaptive to change; resourceful in getting the job done
- Knowledgeable in criminal, traffic, civil law, and investigative techniques, Promotional Process for Law Enforcement Sergeants/Lieutenants
- Loyalty and integrity

**WORK HISTORY**

<u>Osuna – Professional Inquiry(s)</u>

<u>Private Investigator</u> – Santa Fe, Criminal & Civil Law          10/05 to Present
**SOARS-Select Organizational & Administrative Services, Internal Affairs, Investigate Tort Claims & Lawsuits involving New Mexico Law Enforcement, Detention Facilities, State Correctional Facilities, other New Mexico State Departments, County Agencies, and Municipal Agencies. Investigate Civil Rights, Use Of Force, Fair Labor Standards Act, Personnel Issues, Sexual Harassment, Discrimination, etc. Investigator for ACLU, numerous Law Firms in Santa Fe and Albuquerque.**

<u>International Law Enforcement Academy, Roswell, New Mexico – Contract Instructor</u>
                                                                                                                        08/06 – 01/07
Contract Instructor at International Academy for Law Enforcement, Correctional and Judicial Administrators from other Countries.

<u>Management & Training Corporation – Santa Fe County Adult Detention Facility</u>
<u>Deputy Warden</u> – Santa Fe                                                  10/03 to 10/05
Oversee the Adult Detention Facility. Develop, Execute, and Administer Policies of Program and Security Operations. Supervise Chief of Security and staff, Programs Coordinator, Education, and Substance Abuse Programs, County and State Records Department Supervisor.

<u>Major – Chief of Security</u>                                                    05/03 – 10/03
Responsible for the safety and security of a 682-bed incarceration facility. Supervise 110 Correctional Officers and 8 civilians. Public Information Officer for MTC Santa Fe County Adult Detention Facility.



# DAVID W. OSUNA
P.O. Box 29321
Santa Fe, New Mexico 87592
(505) 490-3148 Cell
osuna.inquiry@gmail.com

**Northern New Mexico Community College - Part Time**
    **Instructor**                                           02/03 – 05/03
    Part-time faculty member instructing Criminal Investigations in the Criminal Justice
    Program at the Northern New Mexico Community College - Espanola, New Mexico.

**NEW MEXICO STATE POLICE – Santa Fe**          October 1978 - December 2002
    **Deputy Chief - Investigations/Training Bureau**    (02/02 - 12/31/02)
    Adviser to State Police Chief on Risk Management, FLSA, EEO, and Internal
    Administrative issues. **Promotional Process**, Analyze Legislative Bills, appear before
    Legislative Finance Committee. Responsible for oversight of the Criminal Investigations
    Section, Narcotics Section, Special Investigations Division, State Police Training &
    Recruiting Bureau. Appointed to the DEAC, HIDTA, Southwest Border States, State
    Insurance Fraud Board, and Office of Medical Examination Executive Boards that
    regulate State & Federal Grant money. Advisor to the DPS State Crime Lab. Continue
    some functions of the Zone Commander. Supervise 2 Majors, 2 Captains, 10 Lieutenants,
    20 Sergeants, and 116 Commissioned Officers/Agents.

    *Review Capital Outlay Projects, Building Improvements, Land Purchases, State Police*
    *Actions, etc.*

    **Major, NMSP - Zone Commander, Santa Fe**                  (01/97 - 02/02)
    Commander of Investigations Bureau, Special Operations Bureau, and Uniform Bureau.
    Responsible for smooth administrative and operational functions of uniform and plain
    clothes officers/agents. Drafting and implementation of policies and procedures, Internal
    Administrative issues, Oversee Sergeant/Lieutenant Promotional Process, developing and
    coordination of promotional process, chairman of disciplinary hearings, develop and
    implement commissioned officer and supervisor evaluation process, review and develop
    budgets, State Police Y2K Coordinator, Uniform Bureau: Supervise 12 Captains, 20
    Lieutenants, 44 Sergeants, 350 Officers.

    **Captain, NMSP – Commander, Santa Fe**                       (12/94 - 01/97)
    <u>Commander, Criminal Section (1995 - 1997)</u> Department of Public Safety/New Mexico
    State Police Public Information Officer, oversee and coordinate felony investigations,
    develop computer access case history tracking system, investigate internal affairs
    complaints/Investigations, oversee budget, supervise 2 Lieutenants, 6 Sergeants, 28
    Agents.
    <u>Commander, Training Bureau (1994 - 1995)</u> Responsible for State Police Training, New
    Mexico Law Enforcement Training, **Promotional Process**, Physical Fitness Coordinator,
    review and coordinate lesson plans, coordinate recruiting process, recruit school, oversee
    budget, Internal Affairs Investigator.

    **Lieutenant, NMSP Santa Fe**                                      (12/92 - 12/94)
    Assistant Commander, Training Bureau. Develop and Implement State Police
    Promotional Process for Sergeants/Lieutenants, Participated in Promotional Process for

# DAVID W. OSUNA
P.O. Box 29321
Santa Fe, New Mexico 87592
(505) 490-3148 Cell
osuna.inquiry@gmail.com

Pennsylvania State Police for 3 weeks, purchasing officer, control Training Bureau. Internal Affairs Investigator. Budget, develop and coordinate department physical fitness program, oversee lesson plans and training, recruiting process, investigate internal affair complaints.

**Sergeant, NMSP**                                           (11/87 - 12/92)
Training Bureau, Santa Fe (1991 - 1992) First Line Supervisors for 5 officers, supervise recruit school, participate in development of promotional process for Sergeants, general instructor, **Custody Control & Use of Force Instructor**.

Criminal Section, Espanola (1988 - 1991) First Line Supervisor for 5 Agents, supervise felony and misdemeanor investigations.
- Supervise Chimayo Murders (7 murder victims)

Uniform Bureau, Las Vegas (1987 - 1988) First Line Supervisor for 9 Officers, supervise patrol operations, criminal investigations, drug interdiction.

**Criminal Agent, NMSP, Santa Fe**                           (03/87 - 11/87)
Investigate felony crimes throughout New Mexico. Interviews & Interrogations
- 1997 Escape, 7 high profile escapees
- Prison Gang Homicides

**Uniform Officer, NMSP**                                    (10/78 - 11/87)
Responsible for enforcement of traffic and criminal violations. Investigate accidents and criminal allegations. Interviews & Interrogations: Stationed in Chama (twice), Socorro, & Penasco.

**New Mexico State University**                              (06/77 - 07/78)
**Uniform Officer, Las Cruces**
Responsible for enforcement of traffic and criminal violations.

**EDUCATION**

*Southern Illinois University*        December 2002
Bachelor of Science Degree - Workforce Education & Development

*Northwestern University*, Santa Fe, NM
Graduate - School of Police Staff & Command - 1992

New Mexico State University, Las Cruces, NM
August 1973 - May 1978 (96 hours)

**Tom J. Mayfield High School, Las Cruces, NM**
**High School Diploma - May 1973**

# DAVID W. OSUNA
P.O. Box 29321
Santa Fe, New Mexico 87592
(505) 490-3148 Cell
osuna.inquiry@gmail.com

**Community Involvement:**
- Student Wellness Advisory Council, 1 Year
- AAU Girls Basketball Coach, Santa Fe, New Mexico, 4 Years
- Rocky Mountain Athletic Conference – College Men and Women Basketball Official 4 Years to present
- High School Basketball Official, 19 years

## REFERENCES

**Henry Valdez, District Attorney 1st Judicial District (Retired)**
Director, Association of District Attorney's
Santa Fe, New Mexico
Cell: (505) 660-6446

**Chief Frank R. Taylor (retired)**
New Mexico State Police
Roswell, New Mexico
Cell: (575) 317-4952
Home: (505) 347-3131

**Bill Johnson – S.O.A.R.S.**
P.O. Box 6385
Albuquerque, New Mexico 87197
505-288-1900 Cell
505-287-3537

**Dan Cron – Attorney**
Santa Fe, New Mexico
505-986-1334 Office
505-690-0504 Cell

**Marc Edwards – Attorney**
Santa Fe, New Mexico
505-820-3342
505-470-8685 Cell