| COOPERATIVE | NON-COOPERATIVE | UNARMED ASSAILANT | | ARMED ASSAILANT | |
|---|---|---|---|---|---|
| Submits to Directions and Custody: • COMPLIANT • RESPONSIVE • FOLLOWS DIRECTIONS | Resists Custody By: • Not Responsive to Directions • Evasive to Questions • Verbal Resistance or Body Posture • Pulling/Moving or Running Away | Resists Custody By: UNARMED THREATENING | UNARMED ATTACK  Closes Distance | Resists Custody By: ARMED THREATENING | ARMED ATTACK (Deadly Assault) Closes Distance |
| Unknown Threat | Type of Criminal Activity Investigating | | | High Risk Activity | |
| **ALERT** | **CONTROL** | **ACTIVE** | | **SURVIVAL** | |
| Verbal Directions • AUTHORITY • ASSESSMENT • CUSTODY DECISION • POSITIONING • PROCEDURES | Verbal Persuasion EMPTY HAND TECHNIQUES ASSESSMENT • Custody Decision • Close Distance CONTROL BY • Escort Position • Distraction Techniques • Compliance Holds • Leveraged Takedowns • Impact Takedowns • Chemical Agents | Verbal Commands SHOW FORCE Draw Baton or Other Intermediate Weapon ASSESS: • Cover • Distance • Assistance • Retreat | USE FORCE Use Baton or Other Intermediate Weapon • Chemicals • Canine | Verbal Warnings SHOW FORCE Draw Firearm ASSESS: • Cover • Distance • Assistance • Retreat | Survival Action USE FORCE Fire Weapon to Stop Assault • Canine |
| SUBMITS TO CUSTODY | ←―――――― FORCED CUSTODY & CONTROL PROCEDURES ――――――→ | | | | |

© Copyright 1998 — Thomas T. Gillespie, Darrel G. Hart, John D. Boren    All rights reserved

EXHIBIT 2