IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**EPPIE MONTOYA,**

    Plaintiff,

vs.                            Case No. 14-CV-00568 JB-RHS

**DANNY PACHECO,**
In his individual capacity,
and **THE CITY OF ESPANOLA,**

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Plaintiff's Expert Witness Disclosure and a copy of this certificate were mailed to Mark Basham, counsel for Defendants, this 15th day of December 2014.

                                                Respectfully Submitted:

                                                _/s/ Leon Howard 12/15/2014_____
                                                Leon F. Howard, Esq.
                                                The Law Office of Lucero and Howard, LLC
                                                20 First Plaza, Suite 515
                                                Albuquerque, New Mexico 87102
                                                Phone: (505) 225-8778
                                                Fax:    (505) 288-3473

                                                Joachim Marjon
                                                Marjon Law, P.C.
                                                238 Griffin Street
                                                Santa Fe, NM 87501
                                                Phone: (505) 954-1219
                                                Fax:    (505) 984-1110

                                                *Attorneys for Plaintiff*

## NOTICE OF DELIVERY

    I hereby certify that on the 15th day of December 2014, I filed the foregoing electronically through the CM/ECF system which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mark A. Basham, Esq.
2205 Miguel Chavez, Suite A
Santa Fe, NM 87505
(505) 988-4575
mbasham@bbpcnm.com

                                                         /s/ Leon Howard 12/15/2014
                                                         Leon F. Howard