

Leon Howard <lfhowardiii@gmail.com>

---

## Montoya v. Pacheco - Housekeeping

**Leon Howard** <leon@lawoffice-lh.com>                                  Wed, Jan 14, 2015 at 10:54 PM
Reply-To: leon@lawoffice-lh.com
To: Mark Basham <mbasham@bbpcnm.com>, Martin Esquivel <mesquivel@bbpcnm.com>
Cc: Joachim Marjon <jmarjon@gmail.com>

Mark and Marty,



To this end, as you well know, several of Defendant Pacheco's discovery responses are insufficient, and you
agreed to supplement his responses by January 8th.  It is now a week past the date we previously agreed upon.
Please supplement Defendant Pacheco's responses immediately.



Thank you,

**Leon F. Howard III**
**The Law Office of Lucero & Howard, LLC**
20 First Plaza, Suite 515, Albuquerque, NM 87102
Mailing: PO Box 25391, Albuquerque, NM  87125
**(505) 225-8778**
fax: (505) 288-3473
leon@lawoffice-lh.com
**www.lawoffice-lh.com**

This email communication may contain privileged, confidential and/or proprietary information. If you
have received this e-mail in error, please contact me immediately by telephone at (505) 225-8778. In
addition, delete the message and any attachments without distributing, disclosing, or reproducing any
portion of its contents. Thank you.

**PLAINTIFF'S**
**EXHIBIT**
**3**



Leon Howard <lfhowardiii@gmail.com>

## Montoya v. Pacheco - Housekeeping

**Leon Howard** <leon@lawoffice-lh.com>            Thu, Jan 15, 2015 at 5:27 PM
Reply-To: leon@lawoffice-lh.com
To: Mark Basham <mbasham@bbpcnm.com>, Martin Esquivel <mesquivel@bbpcnm.com>
Cc: Joachim Marjon <jmarjon@gmail.com>

Hey Mark and Marty,



As well, I have not heard back regarding Defendant Pacheco supplementing his discovery.

Thank you,

**Leon F. Howard III**
**The Law Office of Lucero & Howard, LLC**
20 First Plaza, Suite 515, Albuquerque, NM 87102
Mailing: PO Box 25391, Albuquerque, NM 87125
**(505) 225-8778**
fax: (505) 288-3473
leon@lawoffice-lh.com
**www.lawoffice-lh.com**

This email communication may contain privileged, confidential and/or proprietary information. If you have received this e-mail in error, please contact me immediately by telephone at (505) 225-8778. In addition, delete the message and any attachments without distributing, disclosing, or reproducing any portion of its contents. Thank you.

[Quoted text hidden]