# THE LAW OFFICE OF LUCERO AND HOWARD, LLC
## 20 FIRST PLAZA, SUITE 515
### ALBUQUERQUE, NM 87102

WWW.LAWOFFICE-LH.COM

TELEPHONE
(505) 225-8778

FACSIMILE
(505) 288-3473

MAILING ADDRESS
PO Box 25391
Albuquerque, NM 87125

CHRIS LUCERO
CHRIS@LAWOFFICE-LH.COM

LEON HOWARD
LEON@LAWOFFICE-LH.COM



January 21, 2015

-Via First Class Mail -

Mark A. Basham, Esq.
Basham & Basham, P.C.
2205 Miguel Chavez Rd., Ste. A
Santa Fe, NM 87505-1111

Martin R. Esquivel, Esq.
Esquivel Law Firm, LLC
111 Lomas Blvd. N.W., Ste. 203
Albuquerque, NM 87102-2313

Re:   Montoya v. Pacheco, et.al. 14-569 JB/CG:
1. Plaintiff's Supplemental Answers to Defendant's First Interrogatories and Answer to Defendant's Second Set of Request for Production;
2. Plaintiff's Response to Letter dated January 12, 2015; and
3. Note Regarding Defendant's Insufficient Answers to Plaintiff's First Set of Discovery Requests.

Mr. Basham and Mr. Esquivel:



PLAINTIFF'S
EXHIBIT
4

Defendants have stated that they would supplement their answers and responses to Interrogatories 3, 4, and 5 to Defendant City of Espanola, Interrogatories 2-12 to Defendant Pacheco, and Requests for Production 7-13. Most of the answers and responses explicitly state supplementation 30 days from December 9, 2014. Please supplement the above-mentioned requests for discovery to be fully answered per our agreement that this would be done by January 8, 2015.

Regarding Request for Production No. 6, Plaintiffs are entitled to all complaints concerning the Espanola Police Department. Plaintiff reasonably limited the timeframe of this request, thus it is not overly broad. Regarding the objection concerning the admissibility of the information sought, to pose one example, the information sought in these requests can easily lead to admissible evidence concerning Plaintiffs' supervisory liability claim. This discovery is standard for a §1983 claim of this nature, and complaints against a police department's officers is not considered confidential as posed in Defendants' objection. Please supplement your response by providing this information.

I am prepared to file a motion to compel discovery from Defendants if discovery is not supplement by January 29th, which would be three weeks after a previous agreement.

Sincerely,

Leon Howard
Attorney and Counselor at Law

enclosures
cc:   Joachim Marjon, Esq.

2