# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Kirtan Khalsa
## United States Magistrate Judge

### Clerk's Minutes

14cv568 JB/CG

*Montoya v. Pacheco, et al.*

March 16, 2015, 3:30 p.m.

**PLAINTIFF'S ATTORNEY PRESENT:**     Leon Howard

**DEFENDANTS' ATTORNEY PRESENT:**     Martin Esquivel

**TYPE OF PROCEEDING:**     Pre-Settlement Conference
Total Time – 11 Minutes

**COURT'S NOTES/RULINGS:**

Any supplemental material for the Court's review must be submitted by 5:00 p.m. on Tuesday, March 24, 2015.