IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**EPPIE MONTOYA,**

    **Plaintiff,**

vs.                                            Case No. 14-CV-00568 JB-CG

**DANNY PACHECO,**
In his individual capacity,
and **THE CITY OF ESPANOLA,**

    **Defendants.**

## NOTICE OF BRIEFING COMPLETE

Plaintiffs, through their attorneys, hereby give notice that briefing is complete on the following:

1. Plaintiffs' Motion to Compel Discovery [Doc. 33] (filed February 2, 2015).

Since the filing of the above-mentioned motion, Defendants supplemented their answers once, but the answers were still deficient. Plaintiff granted Defendants an extension to supplement discovery or respond to Plaintiff's motion to March 3, 2015. Plaintiffs did not supplement their discovery or respond by that deadline. On March 11, 2015, Plaintiff agreed to grant an additional extension to March 13, 2015. Counsel for Defendants left a message for the undersigned on March 13, 2015 stating that discovery would be supplemented by March 16, 2015. As of the date of this filing, Defendants have not supplemented their responses to Plaintiff's discovery requests and they have not responded to Plaintiff's Motion to Compel Discovery.

Respectfully Submitted:

\_/s/ Leon Howard 3/19/2015_____
Leon F. Howard, Esq.
The Law Office of Lucero and Howard, LLC
20 First Plaza, Suite 515
Albuquerque, New Mexico 87102
Phone: (505) 225-8778
Fax:    (505) 288-3473

Joachim Marjon
Marjon Law, P.C.
238 Griffin Street
Santa Fe, NM 87501
Phone: (505) 954-1219
Fax:    (505) 984-1110

*Attorneys for Plaintiff*

## NOTICE OF DELIVERY

I hereby certify that on the 19th day of March 2015, I filed the foregoing electronically through the CM/ECF system which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Mark A. Basham, Esq. | Martin R. Esquivel, Esq. |
| Basham & Basham, P.C. | Esquivel Law Firm, LLC |
| 2205 Miguel Chavez Rd., Ste. A | 111 Lomas Blvd. N.W., Ste. 203 |
| Santa Fe, NM 87505-1111 | Albuquerque, NM 87102-2313 |
| mbasham@bbpcnm.com | mesquivel@esqlawnm.com |

/s/ Leon Howard 3/19/2015
Leon F. Howard