# CLERK'S MINUTES REGARDING
# RULE 16 SETTLEMENT CONFERENCE

**NAME OF CASE**:   <u>Montoya v. Pacheco, et al.</u>

**CIV. NO**. :    Civ. No. 14-568 JB/CG

A Rule 16 Settlement Conference was held before Magistrate Judge Kirtan Khalsa beginning at 9:30 a.m. on March 26, 2015.

## APPEARANCES:

**For Plaintiff**:    Leon Howard
    Joachim Marjon

**With Client**:    Eppie C. Montoya

**For Defendants**:    Mark Basham

**With Clients**:    Danny Pacheco, Española Police Officer
    Miguel Maez, Española Police Deputy Chief
    Phil Boland, One Bean Insurance (Española)

## RESULTS OF SETTLEMENT CONFERENCE:

The case settled and is subject to final approval by the Española City Council. The Council will be meeting next on Tuesday, April 7, 2015. The parties will submit dismissal documents within thirty (30) days.

## TIME SPENT IN SETTLEMENT CONFERENCE:

Four hours.