IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW MEXICO

**EPPIE MONTOYA,**

    Plaintiff,

v.                                            Case No.  14-CV-00568 JB/CG
                                                First D.C. Case# D-117-CV-00183

**DANNY PACHECO, in his individual
Capacity, and THE CITY OF ESPANOLA,**

    Defendant.

### STIPULATED DISMISSAL OF DANNY PACHECO

**COME NOW** the Defendants City of Espanola and Danny Pacheco ("Defendants") by and through their counsel of record Basham & Basham, P.C. (Mark A. Basham) and Eppie Montoya ("Plaintiff") by and through his counsel of record Law Office of Lucero & Howard, LLC and Marjon Law, P.C. (Leon Howard III and Joachim Marjon) and stipulate to the dismissal of Danny Pacheco with prejudice.

    **WHEREFORE** the Defendants and Plaintiff move an order dismissing with prejudice all claims brought or that could have been brought in the above captioned matter against Danny Pacheco and with each party to bear their own costs and attorney's fees and costs.

Dated:  April 15, 2015

Respectfully submitted,

BASHAM & BASHAM, P.C.


By: */s/ Mark A. Basham*
Mark A. Basham
2205 Miguel Chavez, Suite A
Santa Fe, New Mexico 87505
(505) 988-4575
*Attorneys for Defendants*
mbasham@bbpcnm.com


and

LAW OFFICE OF LUCERO & HOWARD, LLC

*"Telephonically approved 4/15/15"*
*/s/ Leon F. Howard, III*
Leon F. Howard , III
P,O. Box 25391
Albuquerque, NM 87125
505-225-8778
Fax: 505-288-3473
Email: leon@lawoffice-lh.com


MARJON LAW, P.C.

*"Telephonically approved 4/15/15"*
*/s/ Joachim Marjon*
 Joachim Marjon
Marjon Law, P.C.
238 Griffin St.
Santa Fe, NM 87501
505-954-1219
Fax: 505-930-5932
Email: jmarjon@gmail.com
*Attorneys for Plaintiff*