# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

EPPIE MONTOYA,

    Plaintiff,

v.                                                              No. CIV 14-568 JB/KK

DANNY PACHECO, in his individual
Capacity, and THE CITY OF ESPANOLA,

    Defendant.

## ORDER OF DISMISSAL OF DANNY PACHECO

**THIS MATTER** having come before the Court on the parties' Stipulated Dismissal of Danny Pacheco with Prejudice [Doc.40] filed April 15, 2015.

**IT IS HEREBY ORDERED** that all claims that were made or that could have been made in the above captioned matter against Danny Pacheco are hereby dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

_____
UNITED STATE DISTRICT JUDGE

Respectfully submitted,

BASHAM & BASHAM, P.C.

By: */s/ Mark A. Basham*
Mark A. Basham
2205 Miguel Chavez, Suite A
Santa Fe, New Mexico 87505
(505) 988-4575
*Attorneys for Defendants*
mbasham@bbpcnm.com

and

LAW OFFICE OF LUCERO & HOWARD, LLC

*"Telephonically approved 4/15/15"*
*/s/ Leon F. Howard, III*
Leon F. Howard , III
P,O. Box 25391
Albuquerque, NM 87125
505-225-8778
Fax: 505-288-3473
Email: leon@lawoffice-lh.com


MARJON LAW, P.C.

*"Telephonically approved 4/15/15"*
*/s/ Joachim Marjon*
 Joachim Marjon
Marjon Law, P.C.
238 Griffin St.
Santa Fe, NM 87501
505-954-1219
Fax: 505-930-5932
Email: jmarjon@gmail.com
*Attorneys for Plaintiff*